IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

STEVEN PAUL HEITZMAN,

      Plaintiffs,

  v.

COLETTE PETERS; RICK
ANGELOZZI; DAVID HAMMONDS;
PHILLIP JACKSON; KEITH
HELLING; OREGON DEPARTMENT
OF CORRECTIONS, and
DEPARTMENT OF ADMINISTRATIVE
SERVICES, RISK MANAGEMENT,

      Defendants.

1:13-cv-00730-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#62), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no

1 - ORDER

objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#62). Defendants' motion for summary judgment (#42) is GRANTED. All other pending motions are DENIED as moot. Judgment is for Defendants.

IT IS SO ORDERED.

DATED this 8 day of May, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER